IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated                                    PLAINTIFFS

v.                          No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC,
doing business as Double J
Smokehouse and Saloon;
JEFF STAMM; DON
DAWSON; JOHN HARRIS;
and JAMES KING                                                         DEFENDANTS

## ORDER

Wright and Bryant filed their lawsuit on 28 June 2017. No summonses were issued. The ninety days for service expired yesterday. FED. R. CIV. P. 4(m). Unless Wright and Bryant show good cause to reopen the service period and extend it by 13 October 2017, their complaint will be dismissed without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2017