IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated                                          PLAINTIFFS

v.                          No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC,
doing business as Double J
Smokehouse and Saloon;
JEFF STAMM; DON
DAWSON; JOHN HARRIS;
and JAMES KING                                                               DEFENDANTS

## ORDER

Wright and Bryant have been diligent in attempting service but some of the defendants are elusive. № 10. That's good cause to reopen and extend the time for service until 15 December 2017.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 October 2017