IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated                                 PLAINTIFFS

v.                        No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC,
d/b/a Double J Smokehouse and
Saloon; JEFF STAMM; DON
DAWSON; JOHN HARRIS;
and JAMES KING                                                      DEFENDANTS

## ORDER

There's been no meaningful activity in this case for nearly seven months. Unless a party requests some relief before 25 July 2018, the Court will dismiss this case without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2018