IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated                                PLAINTIFFS

v.                                     No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC, d/b/a
Double J Smokehouse and Saloon;
JEFF STAMM; DON DAWSON;
JOHN HARRIS; and JAMES KING                                        DEFENDANTS

ORDER

1.  Motions, № 17 & № 18, noted. The Court directs the Clerk to enter a Clerk's default against Jeff Stamm and CMR Double J West LLC. Don Dawson, John Harris, and James King are dismissed from the case without prejudice for lack of service. FED. R. CIV. P. 4(m).

2.  Was Dr. Ferguson the LLC's registered agent when he was served on 27 July 2017? Addendum from Plaintiffs due by 30 July 2018.

3.  Wright and Bryant must serve this Order on Stamm and CMR, either personally or by certified mail with restricted delivery and return receipt requested. Please file notice of service by 8 August 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 July 2018