IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated          PLAINTIFFS

v.                     No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC, d/b/a
Double J Smokehouse and Saloon;
and JEFF STAMM                                DEFENDANTS

## ORDER

1.  Sierra Wright and Vanessa Bryant used to work as hourly paid waitresses at the Double J Smokehouse and Saloon in West Memphis. They claim that they weren't paid overtime and that they were routinely asked to work off the clock, depriving them of a minimum wage. They've sued their former employer, CMR Double J West LLC, for these alleged violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act. Although they pleaded a collective action, there's been little activity in this case and no effort to certify a FLSA group.

2.  Wright and Bryant served CMR and one of its old owners, Jeff Stamm, in late 2017. № 4 & № 12. No one answered. The Clerk

has since entered default. № 20. Last month, the Court ordered additional notice to CMR and Stamm. № 19. Wright and Bryant served CMR's registered agent, but couldn't locate Stamm. Neither CMR nor Stamm have appeared.

3. Wright and Bryant's motions for default judgment, № 17 & № 18, are granted as modified. First, there was good service. Second, CMR and Stamm have conceded the pleaded liability facts by not responding. Stamm exercised day-to-day operational control over the Smokehouse. 29 U.S.C. § 203(d); ARK. CODE ANN. § 11-4-203(4)(A); *Wirtz v. Pure Ice Company*, 322 F.2d 259, 262–63 (8th Cir. 1963). Failure to pay overtime is a FLSA violation; and coercing employees to work off-the-clock violates both FLSA and AMWA. Liability against CMR and Stamm is therefore established.

4. The Court will hold a trial on damages in Jonesboro at 9:00 a.m. on 13 November 2018. Wright and Bryant must serve this Order on CMR and Stamm as soon as practicable. Notice of service due by 21 September 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2018