IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated                    PLAINTIFFS

v.                        No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC, d/b/a
Double J Smokehouse and Saloon;
JEFF STAMM; DON DAWSON;
JOHN HARRIS; and JAMES KING              DEFENDANTS

## DEFAULT JUDGMENT

1. Plaintiffs' claims against Don Dawson, John Harris, and James King are dismissed without prejudice for lack of service.

2. CMR Double J West LLC and Jeff Stamm were served but defaulted. Plaintiffs' claims against them were set for trial on 14 January 2019. Plaintiff Vanessa Bryant did not appear for trial. The Court therefore dismisses her claims against CMR and Stamm without prejudice for failure to prosecute. Plaintiffs notified CMR and Stamm about the trial by letter but they did not appear. After hearing all the evidence, the Court enters Judgment for Sierra Wright against CMR Double J West LLC and Jeff Stamm for $279.44, which represents her unpaid overtime, plus liquidated damages in an equal amount. The Court also awards Wright a reasonable attorney's fee, and costs as

allowed by law. This Judgment shall bear interest at 2.58% per annum until paid in full. Supplemental filing on the fee and costs due by 28 January 2019.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*14 January 2019*