IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SIERRA WRIGHT and VANESSA
BRYANT, individually and on
behalf of others similarly situated        PLAINTIFFS

v.                    No. 3:17-cv-163-DPM

CMR DOUBLE J WEST LLC, d/b/a
Double J Smokehouse and Saloon;
JEFF STAMM; DON DAWSON;
JOHN HARRIS; and JAMES KING            DEFENDANTS

## AMENDED DEFAULT JUDGMENT

**1.** Plaintiffs' claims against Don Dawson, John Harris, and James King are dismissed without prejudice for lack of service.

**2.** Plaintiff Vanessa Bryant's claims against CMR Double J West LLC and Jeff Stamm are dismissed without prejudice for failure to prosecute.

**3.** The Court enters Judgment for Sierra Wright against CMR Double J West LLC and Jeff Stamm for $12,644.72. This total reflects $279.44 in damages to Wright, $927.78 in costs, and $11,437.50 in attorney's fees. This Amended Default Judgment will bear post-judgment interest at 2.56% annum until paid in full.

*signature*
D.P. Marshall Jr.
United States District Judge

15 February 2019